UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-23939-cv-GOLD/McALILEY

MARIO PATINO,

    Petitioner,

v.

LINDA T. McGREW, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge McAliley's Report and Recommendation ("the Report"). [ECF No. 8]. In the Report, Judge McAliley recommends that Petitioner's habeas petition, [ECF No. 1], be denied because the Petitioner has not exhausted his administrative remedies as required by 28 C.F.R. § 542.10 and by *Irwin v. Hawk*, 40 F.3d 347, 349 n.2 (11th Cir. 1994). [ECF No. 8, p. 5]. Petitioner has not filed objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1.    The Report, [ECF No. 8], is **AFFIRMED AND ADOPTED**.

2.    For the reasons discussed in the well-reasoned Report, Petitioner's habeas petition, [ECF No. 1], is **DENIED**.

3.    This case is **CLOSED** and all pending motions are **DENIED AS MOOT**.

DONE and ORDERED in Chambers in Miami, Florida, this 12-day of January, 2011.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Chris M. McAliley
All counsel of record